```
WILLIAM G. MALCOLM
KEVIN HAHN #9821
MALCOLM ♦ CISNEROS, a Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (TELECOPIER)
```

**Attorneys for Secured Creditor,**
**Wells Fargo Bank, N.A.,**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA, LAS VEGAS DIVISION**

| | |
|---|---|
| In re: | Bankruptcy No. 09-17196-bam |
| ELIDA REVELES, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |
| | (No Hearing Date Required) |

    **PLEASE TAKE NOTICE** that WELLS FARGO BANK, N.A., by and through its attorneys of record, MALCOLM ♦ CISNEROS, a Law Corporation, requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

```
                William G. Malcolm, Esq.
                MALCOLM ♦ CISNEROS, a Law Corporation
                2112 Business Center Drive, 2nd Floor
                Irvine, California 92612
```

DATED: May 22, 2009    MALCOLM ♦ CISNEROS

        By:/s/*William G. Malcolm*
        WILLIAM G. MALCOLM
        Attorneys for Secured Creditor,
        Wells Fargo Bank, N.A.

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA )
                    )   ss.
COUNTY OF ORANGE    )

       I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

       On May 22, 2009, I served the following document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

       Elida Reveles
       2366 N. Gateway Rd.
       Las Vegas, NV 89115

       Jorge L. Sanchez
       Sanchez Law Group
       930 S. Fourth Street, #211
       Las Vegas, NV 89101

       Rick A. Yarnall
       Chapter 13 Trustee
       701 Bridger Ave., #820
       Las Vegas, NV 89101

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on May 22, 2009, at Irvine, California.

       */S/Adam Mischlich*
       ADAM MISCHLICH