JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
930 South Fourth Street, Suite 211
Las Vegas, Nevada 89101
Phone (702) 635-8529
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| ELIDA REVELES | ) | |
| | ) | CASE NO: 09-17196 BAM |
| | ) | |
| | ) | Chapter 13 Trustee |
| Debtor. | ) | Rick Yarnall |
| | ) | |

**NOTICE OF ENTRY OF ORDER GRANTING MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF WELLS FARGO, NA PURSUANT TO 11 U.S.C. § 506(a) and § 1322**

NOTICE IS HEREBY GIVEN that the above-referenced Order was entered by this Court on the 30th day of June, 2009. A copy of said Order is attached hereto as Exhibit 1 and incorporated herein by reference.

Dated: July 31, 2009

Submitted by:

/s/Jorge L. Sanchez, Esq.
JORGE L. SANCHEZ, ESQ.
Attorney for Debtor

JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
930 South Fourth Street, Suite 211
Las Vegas, Nevada 89101
Phone (702) 635-8529
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| ELIDA REVELES | ) | |
| | ) | CASE NO: 09-17196 BAM |
| | ) | |
| | ) | Chapter 13 Trustee |
| Debtor. | ) | Rick Yarnall |
| | ) | |

**CERTIFICATE OF MAILING OF NOTICE OF ENTRY OF ORDER**

The undersigned, an employee of Sanchez Law Group, Ltd. Hereby certifies that on July 31, 2009, I deposited in the United States Mail, postage prepaid, a true and correct copy of the Notice of Entry of Order Granting Motion to Value Collateral, "Strip Off: and Modify Rights of Wells Fargo, NA Pursuant to 11 USC 506(a) and 1322 to the following parties:

ECF Recipients

WELLS FARGO FINANCIAL
Resident Agent Per Nevada Secretary of State
CSC of Nevada
502 East John Street
Carson City NV 89706

Dean Anderson, President
WELLS FARGO FINANCIAL Company
800 Walnut Street
Des Moines, IA 50319

WELLS FARGO PROOF OF CLAIM FILE
One Home Campus MAC #X2302-045
Des Moines, IA 50328

SPECIAL NOTICE RECIPIENT FOR WELLS FARGO
William G. Malcolm, Esq.
Malcolm Cisneros
2112 Business Center Drive 2nd Floor
Irvine, CA 92612

SPECIAL NOTICE RECIPIENT FOR RECOVERY MANAGEMENT SYSTEMS
Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Dated: July 31, 2009

Submitted by:

/s/Jorge L. Sanchez, Esq.
JORGE L. SANCHEZ, ESQ.
Attorney for Debtor