```
1  JORGE L. SANCHEZ, ESQ.
   Nevada Bar No. 10434
2  SANCHEZ LAW GROUP, LTD.
   930 South Fourth Street, Suite 211
3  Las Vegas, Nevada 89101
   Phone (702) 635-8529
4  Attorneys for Debtors,
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) | CHAPTER 13 |
|---|---|---|
| ELIDA REVELES | ) | CASE NO: 09-17196-BAM |
| Debtor | ) | DATE: August 20, 2009 |
|  | ) | TIME: 3:30 p.m. |

## STIPULATED ORDER REGARDING TREATMENT OF CREDITOR'S CLAIM PURSUANT TO CHAPTER 13 PLAN

This Stipulated Order is entered into and between Debtors, ELIDA REVELES (hereinafter referred to ad "Debtor"), by and through her attorney of record, Jorge L. Sanchez and WELLS FARGO (hereinafter referred to WELLS), by and through their attorney, Wilde and Associates.

### RECITALS

A.  On or about September 24, 2000, Debtor for valuable consideration, made executed and delivered a Promissory Note ("Note") in the amount of $69,039.73, which is secured by a second deed of trust encumbering the real property at 4140 Glass Lantern, North Las Vegas, NV 89032 (the "Subject Property"). The Note and Second Deed of Trust are collectively referred to hereinafter as "Subject Loan".

B.  On or about May 14, 2009, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the Untied State Bankruptcy Court for the District of Nevada, Las Vegas

Southern District and was assigned Case No. 09-17196 BAM.

C. On or about June 6, 2009, Debtor filed a Motion to Value Collateral, "Strip Off" and Modify Rights of WELLS praying that the Court find the Second Deed of Trust encumbering the Subject property be avoided and that the WELLS claim be paid as unsecured.

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING

1. WELLS claim shall be allowed as a non-priority general unsecured claim in the amount of $69,039.73. WELLS shall file an amended Proof of Claim listing its claim as unsecured to be paid in accordance with the Debtors plan;

2. The avoidance of the Second Deed of Trust is contingent upon the Debtor's completion of her Chapter 13 Plan and the Debtor's receipt of a Chapter 13 Discharge;

3. Upon receipt of the Debtor's Chapter 13 discharge and completion of her Chapter 13 Plan, this Order may be recorded by the Debtor with the Clark County Recorder's office;

4. WELLS shall retain its claims for the full amount due under the Subject Loan in the event of either the dismissal pf the Debtor's Chapter 13 case or the conversion of the Debtors Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

5. In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes the Second Deed of Trust prior to the Debtor's completion of her Chapter 13 Plan and receipt of a Chapter 13 discharge, the second lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

6. Each party shall bear their own attorneys' fees and cost incurred in the present bankruptcy case No. 09-17196.

1  IT IS SO STIPULATED
2
3  Dated: 7/13/09                          By: _____
4                                              WELLS FARGO ATTORNEY
5
6
7  Dated: 7-30-09                          By: _____
8                                              RICK YARNALL, CHAPTER 13
                                                TRUSTEE
9
10
11 Dated: 7/27/09                          By: _____
12                                              JORGE SANCHEZ
                                                DEBTOR'S ATTORNEY

5

JORGE L. SANCHEZ, ESQ,
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
930 South Fourth Street, Suite 211
Las Vegas, Nevada 89101
Phone (702) 635-8529
Attorneys for Debtors,

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CHAPTER 13 |
| ELIDA REVELES | CASE NO: 09-17196-BAM |
| Debtor | DATE: August 20, 2009<br>TIME: 3:30 p.m. |

**ORDER ON STIPULATED ORDER REGARDING TREATMENT OF CREDITOR'S CLAIM PURSUANT TO CHAPTER 13 PLAN**

The parties having agreed to the terms set forth in the Stipulated Order Regarding Treatment of Creditor's Claim Pursuant to Chapter 13 Plan are bound by the terms of their stipulation, which shall be the Order of this Court.

1

APPROVED/DISAPPROVED                    APPROVED/DISAPPROVED

*[signature]*                           *[signature]* 7-30-09

WELLS FARGO'S ATTORNEY                  RICK A. YARNALL

DATED: June 24, 2009

Submitted by:

/s/JORGE L. SANCHEZ                     x *[signature]*
Jorge L. Sanchez, Esq.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
930 South Fourth Street, Suite 211
Las Vegas, Nevada 89101
Phone (702) 635-8529
Attorneys for Debtor(s)

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, undersigned certifies:

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____   Approved Debtor(s) Attorney/Trustee

_____   Disapproved Debtor(s) Attorney/Trustee

__X__   Failed To Respond Trustee

###

2