Case 09-17196-bam    Doc 69    Entered 11/30/09 08:30:50    Page 1 of 2



Entered on Docket
November 30, 2009

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

**RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE**
**701 Bridger Ave Suite 820**
**Las Vegas, NV  89101**
**(702) 853-4500**
**RAY13mail@LasVegas13.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE:<br><br>ELIDA REVELES<br><br><br>                     Debtor | Chapter 13<br>BKS-09-17196-BAM<br><br>ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS AND DENIAL OF CONFIRMATION<br><br>Hearing Date: 10/01/2009<br>Hearing Time: 1:30 PM |
|---|---|

    The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared: [X] Trustee [ ] Debtor [ ] Attorney for Debtor [ ] Other , and said Motion having been considered by this Court, and good cause appearing therefore;

    IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

- Plan is not viable due to: secured claims filed  [11 USC 1322]
- Delinquent Plan payments.
- The proposed Plan failes to provide for all the Debtor's disposable income [11 USC 1325(b)(1)(B)] based on <u>Objection to form 22c</u> (i.e. luxury item, unreasonable expenses, etc.) and, as a result, the Debtorhas failed to file a Plan in good faith [11 USC 1325(a)]
- The Debtor has failed to cooperate with the Trustee [11 USC 521(3)] as the following document(s) were not provided:  [ ] tax returns  [X] pay stubs  [ ] profit & loss statements  [X] other: <u>Copy of Rental agreement & Affidavit as to third party making vehicle payment</u>

  IT IS FURTHER ORDERED that the Trustee is allowed $0.00 as and for expenses in the administration of this case.

DATED:  11/10/2009

Submitted by:

 /s/  RICK A. YARNALL 
Rick A. Yarnall
Chapter 13 Trustee
()

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follows ;

____The court has waived the requirement of approval under LR 9021.

____No parties appeared or filed written objections, and there is no trustee appointed in the case.

  X   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
  None - no parties appeared

###